JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 5:24-cv-01506-AB-E | Date: | December 6, 2024 |
|---|---|---|---|

| Title: | Frank Uluao Muasau v. San Bernardino Sheriff Department et al |
|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER **DISMISSING** CASE FOR FAILURE TO PAY FILING FEE

On July 19, 2024, the Court issued a Notice of Deficiency stating that Plaintiff did not pay the filing fee and giving him 30 days to file an application to proceed in forma pauperis or pay the filing fee in full, or the case would be dismissed without prejudice.

As of the date of this Order, Plaintiff has not paid the filing fee.

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to file an IFP application or pay the filing fee.

**IT IS SO ORDERED**.